# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Clinton Waymond Smith,<br>    Plaintiff.<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>    Defendant. | Case No.: 5:18-cv-00841-CAS-RAO<br><br>**[PROPOSED] ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded pursuant to 28 U.S.C. §2412(d) in the amount of $8,000.00, plus $400.00 in costs payable under 28 U.S.C. § 1920, subject to the terms of the Stipulation.

IT IS ORDERED that EAJA fees are awarded to Plaintiff pursuant to 28

U.S.C. §2412(d) in the amount of $8,000.00, plus $400.00 in costs payable under 28 U.S.C. § 1920, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: April 26, 2019

_____
Honorable Rozella A. Oliver
United States Magistrate Judge